UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GLENN R. AND CYNTHIA J. | ) | Case No. 11-05369 |
| ROGERS, | ) | |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

## FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1.    The Debtors filed their voluntary petition under Chapter 7 on February 12, 2011.

2.    The first meeting of creditors was scheduled on June 30, 2011.

3.    On June 29, 2011, an order was entered approving the employment of U&H as counsel for the Trustee.  A copy of the June 29, 2011 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.    U&H is requesting the allowance and payment of $2,667.00, in compensation for 10.40 hours of services performed during the period from June 14, 2011 through August 12, 2011.

5.    A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6.    Employment of Bankruptcy Counsel.  U&H provided 2.30 hours of services to the Trustee with a value of $594.50 in connection with the Trustee's motion to employ U&H as his

bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on June 29, 2011.

7.      <u>Wisconsin Mobile Home and Lot Sale</u>. U&H provided 8.10 hours of services to the Trustee with a value of $2,072.50 in connection with the Trustee's sale of the estate's interest in the Debtors' mobile home and lot located in Wisconsin. These services included drafting the sale agreement and the Trustee's sale motion. U&H also attended the hearing on the sale motion at which time an order was entered approving the sale. Thereafter, U&H drafted closing documents for the sale and closed the sale with Debtors' counsel.

8.      <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.30 | $594.50 |
| Wisconsin Mobile Home and Lot Sale | 8.10 | $,2072.50 |
| **TOTALS** | **10.40** | **$2667.00** |

9.      Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

10.     The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 0.90 | $505.00 | $454.50 |
| Patrick F. Ross | 7.50 | $235.00 | $1,762.50 |
| David E. Burciaga | 2.00 | $225.00 | $450.00 |
| TOTAL | **10.40** | | **$2,667.00** |

11.     Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage in

the amount of $92.64 and copying expenses in the amount of $63.20 at 10 cents per page or a total of $155.84.

12.   Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

13.   At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $2,667.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $155.84.

DATE:  July 24, 2012                    Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com