UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ROGERS, GLENN R | § | Case No. 11-05369 ERW |
| ROGERS, CYNTHIA J | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/12/2012 in Courtroom 744,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROGERS, GLENN R § Case No. 11-05369
ROGERS, CYNTHIA J §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.89 |
| and approved disbursements of | $ | 119.37 |
| leaving a balance on hand of[1] | $ | 9,881.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Walworth County Treasurer | $ 596.03 | $ 596.03 | $ 0.00 | $ 78.96 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 78.96 |
| Remaining Balance | $ | 9,802.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,750.09 | $ 0.00 | $ 1,750.09 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 1.20 | $ 0.00 | $ 1.20 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,667.00 | $ 0.00 | $ 2,667.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 155.84 | $ 0.00 | $ 155.84 |
| Other: International Sureties, Ltd. | $ 7.96 | $ 7.96 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 4,574.13

Remaining Balance     $ 5,228.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,464.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,067.25 | $ 0.00 | $ 1,731.23 |
| 000002 | Midland Credit Management, Inc. | $ 1,478.10 | $ 0.00 | $ 195.83 |
| 000003 | Chase Bank USA, N.A. | $ 124.93 | $ 0.00 | $ 16.55 |
| 000004 | American Express Centurion Bank | $ 9,139.98 | $ 0.00 | $ 1,210.92 |
| 000005 | Capital Recovery IV LLC | $ 3,599.83 | $ 0.00 | $ 476.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Capital Recovery IV LLC | $ 8,327.40 | $ 0.00 | $ 1,103.26 |
| 000007 | Marathon Petroleum Co | $ 560.86 | $ 0.00 | $ 74.31 |
| 000008 | American InfoSource LP as agent for | $ 3,165.68 | $ 0.00 | $ 419.41 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,228.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-05369-ERW
Glenn R. Rogers                                                 Chapter 7
Cynthia J. Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina            Page 1 of 3            Date Rcvd: Aug 10, 2012
                              Form ID: pdf006          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db/jdb       +Glenn R. Rogers,   Cynthia J. Rogers,    3926 Wren Court,    Rolling Meadows, IL 60008-2967
16804139     +ACB American,   P.O. Box 2548,    Cincommati, OH 45201-2500
17518590      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16804140     +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
16804142     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16804143      Baker & Miller,   29 N. Wacker Dr   #500,    Chicago, IL 60606-2854
16804145     +Blatt Hasenmiller Leibsker & Moore LLC,     125 S. Wacker Dr. #400,    Chicago, IL 60606-4440
16804146     +Blitt And Gaines,   661 Glenn Avenue,    Wheeling, IL 60090-6017
16804147    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA   23285)
16804149     +Central Credit Services,    P.O. Box 15118,    Jacksonville, FL 32239-5118
16804150     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16804151     +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
16804153     +Chase Auto,   201 N Walnut St # Del-10,    Wilmington, DE 19801-2920
16804152     +Chase Auto,   150 E Campusview,    Worthington, OH 43235-4648
17507563      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16804154     +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
16804155     +Chase- Bp,   Po Box 15298,    Wilmington, DE 19850-5298
16804156     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16804157     +Citi Flex,   Po Box 6241,    Sioux Falls, SD 57117-6241
16804158     +Citi-bp Oil,   Po Box 6497,    Sioux Falls, SD 57117-6497
16804159     +Client Services, Inc.,    P.O. Box 1503,    St. Peters, MO 63376-0027
16804162     +Crd Prt Asso,   13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
16804163     +Credit Management,    P.O. Box 1654,    Green Bay, WI 54305-1654
16804138     +Dwight Adams & Associates,    1855 Rohlwing Rd Ste D,    Rolling Meadows, IL 60008-1474
16804167     +First Usa Bank N A,   3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
16804168     +Frd Motor Cr,   Po Box Box 542000,    Omaha, NE 68154-8000
16804171     +Hsbc/carsn,   Po Box 15521,    Wilmington, DE 19850-5521
16804172     +Hsbc/menards,   90 Christiana Rd,    New Castle, DE 19720-3118
16804173     +Ilinois Title Loans,    822 W. Northwest Highway,    Arlington Heights, IL 60004-5344
16804175     +Meadows Credit Union,    3350 W Salt Creek Ln Ste,    Arlington Heights, IL 60005-5004
16804179     +Monarch Recovery,   10965 Decatur Road,    Philadelphia, PA 19154-3210
16804180      Nationstar Mortgage,    c/o Brice Vander Linden & Wernick PC,    PO Box 829009,
               Dallas, TX 75382-9009
16804181     +Nbgl-carsons,   Po Box 15521,    Wilmington, DE 19850-5521
16804183     +Northwest Community Hospital,    Patient Accounts,    800  W. Central Road,
               Arlington Heights, IL 60005-2349
16804137     +Rogers Cynthia J,   3926 Wren Court,    Rolling Meadows, IL 60008-2967
16804136     +Rogers Glenn R,   3926 Wren Court,    Rolling Meadows, IL 60008-2967
16804186     +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
16804188     +Unvl/citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16804189     +Walworth County Treasurer,    100 W. Walworth,    P.O. Box 1001,    Elkhorn, WI 53121-1001
16804190     +Wells Fargo,   P.o.box 29704,    Phoenix, AZ 85038-9704
16804192     +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
16804193     +Wffinancial,   800 Walnut St,    Des Moines, IA 50309-3504
16804194     +Wfnnb/newport News,    995 W 122nd Ave,   Westminster, CO 80234-3417
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17731839      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2012 02:43:08
               American InfoSource LP as agent for,    Asset Acceptance as assignee of,
               Fnb Omaha/Meadows Credit Union,    PO Box 248838,    Oklahoma City, OK  73124-8838
16804141     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 11 2012 00:17:35      Asset Acceptance Llc,
               Pob 1630,   Warren, MI 48090-1630
16804148     +E-mail/Text: cms-bk@cms-collect.com Aug 11 2012 00:20:38      Capital Management Services LP,
               726 Exchange Street  #700,    Buffalo, NY 14210-1464
17578209      E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16804160     +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 11 2012 00:20:28      Conseco,   1400 Turbine Drive,
               Rapid City, SD 57703-4719
16804161     +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 11 2012 00:20:28      Consecofin,   1400 Turbine Drive,
               Rapid City, SD 57703-4719
16804164      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26      Discover Fin,   Po Box 15316,
               Wilmington, DE  19850
17412622      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
16804165     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
16804166     +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 11 2012 00:20:14      Equable Ascent Financi,
               1120 West Lake Co,    Buffalo Grove, IL 60089-1970
16804170     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2012 02:46:23      Gemb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
16804174     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Aug 11 2012 00:22:42      Marathon Petroleum Co,
               P O Box 81,   Findlay, OH 45839-0081
```

```
District/off: 0752-1           User: nmolina              Page 2 of 3                  Date Rcvd: Aug 10, 2012
                               Form ID: pdf006            Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17425946     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 11 2012 00:17:41      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
16804176     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 11 2012 00:17:41      Midland Credit Mgmt,   8875 Aero Dr,
              San Diego, CA 92123-2255
16804177     +E-mail/Text: mmrgbk@miramedrg.com Aug 11 2012 00:22:38      Miramed Revenue Group,
              P.O. Box 77000,   Detroit, MI 48277-2000
16804178     +E-mail/Text: mmrgbk@miramedrg.com Aug 11 2012 00:22:38      Miramedrg,   991 Oak Creek Dr,
              Lombard, IL 60148-6408
16804182     +E-mail/Text: bankrup@nicor.com Aug 11 2012 00:16:57      Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
16804184     +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2012 02:35:32      Pearle/gemb,   Po Box 981439,
              El Paso, TX 79998-1439
16804187      E-mail/Text: bnc@ursi.com Aug 11 2012 00:19:45      United Recovery Systems,   P.O. Box 722929,
              Houston, TX  77272-2929
16804191     +E-mail/Text: BKRMailOps@weltman.com Aug 11 2012 00:22:49      Weltman Weinberg & Reis,
              175 S. 3rd Street,   Columbus, OH 43215-5177
16804195      E-mail/Text: Bankruptcy-Notifications@we-energies.com Aug 11 2012 00:19:29
              Wisconsin Electric Pow,   333 W Everett,   Milwaukee, WI  53201
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16987445*     Nationstar Mortgage,   c/o Brice Vander Linden & Wernick PC,   PO Box 829009,
              Dallas, TX 75382-9009
16804144    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16804169    ##+Fremont Investment And L,   175 N Riverview Dr,   Anaheim, CA 92808-1225
16804185    ##+Regional Adjustments Bureau,   7000 Goodlett Farms Parkway,   Memphis, TN 38016-4917
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**       **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1           User: nmolina              Page 3 of 3                  Date Rcvd: Aug 10, 2012
                               Form ID: pdf006            Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
    Dwight C Adams    on behalf of Debtor Glenn Rogers dwightca@gmail.com,   stacy4sloan@yahoo.com
    Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
    kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
    ibus@uhlaw.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
    Peter C Bastianen     on behalf of Creditor   Nationstar Mortgage ND-Four@il.cslegal.com
    R Scott Alsterda     on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
    R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
    Terri M Long    on behalf of Creditor  Wells Fargo Auto Finance, Inc., Servicer For Wells Fargo
    Bank, N.A., its successors and/or assigns Courts@tmlong.com
                                          TOTAL: 7

Case 11-05369   Doc 44   Filed 08/10/12   Entered 08/12/12 23:32:07   Desc Imaged
Certificate of Notice   Page 7 of 7