UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
ROGERS, GLENN R                                 §        Case No. 11-05369
ROGERS, CYNTHIA J                               §
                                                §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/R. SCOTT ALSTERDA, TRUSTEE _____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ilinois Title Loans 822 W. Northwest Highway Arlington Heights, IL  60004 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll 350 Highland Dr Lewisville, TX 75067 | | | | | |
| | Walworth County Treasurer 100 W. Walworth P.O. Box 1001 Elkhorn, WI  53121 | | | | | |
| | Wells Fargo P.o.box 29704 Phoenix, AZ  85038 | | | | | |
| 000009 | WALWORTH COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACB American P.O. Box 2548 Cincommati, OH  45201 | | | | | |
| | Amex P.o. Box 981537 El Paso, TX  79998 | | | | | |
| | Asset Acceptance Llc Pob 1630 Warren, MI  48090 | | | | | |
| | Baker & Miller 29 N. Wacker Dr  #500 Chicago, IL  60606-2854 | | | | | |
| | Blatt Hasenmiller Leibsker & Moore LLC 125 S. Wacker Dr. #400 Chicago, IL  60606 | | | | | |
| | Blitt And Gaines 661 Glenn Avenue Wheeling, IL  60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Capital Management Services LP 726 Exchange Street #700 Buffalo, NY 14210 | | | | | |
| | Central Credit Services P.O. Box 15118 Jacksonville, FL 32239 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Flex Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Client Services, Inc. P.O. Box 1503 St. Peters, MO 63376 | | | | | |
| | Crd Prt Asso 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | | | | |
| | Credit Management P.O. Box 1654 Green Bay, WI 54305 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Equable Ascent Financi 1120 West  Lake Co Buffalo Grove, IL  60089 | | | | | |
| | Equable Ascent Financi 1120 West  Lake Co Buffalo Grove, IL  60089 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE  19805 | | | | | |
| | Marathon Petroleum Co 539 S. Main Findlay, OH  45840 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Miramed Revenue Group P.O. Box 77000 Detroit, MI  48277 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Monarch Recovery 10965 Decatur Road Philadelphia, PA  19154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nbgl-carsons Po Box 15521 Wilmington, DE  19805 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| | Northwest Community Hospital Patient Accounts 800 W. Central Road Arlington Heights, IL  60005 | | | | | |
| | Regional Adjustments Bureau 7000 Goodlett Farms Parkway Memphis, TN  38016 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD  57117 | | | | | |
| | United Recovery Systems P.O. Box 722929 Houston, TX  77272-2929 | | | | | |
| | Weltman Weinberg & Reis 175 S. 3rd Street Columbus, OH  43215 | | | | | |
| | Wff Cards 3201 N 4th Ave Sioux Falls, SD  57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wisconsin Electric Pow 333 W Everett Milwaukee, WI 53201 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | CAPITAL RECOVERY IV LLC | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | MARATHON PETROLEUM CO | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-05369 | ERW | Judge: EUGENE R. WEDOFF |
| --- | --- | --- | --- |
| Case Name: | ROGERS, GLENN R | | |
| | ROGERS, CYNTHIA J | | |

For Period Ending: 11/14/12

| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- |
| Date Filed (f) or Converted (c): | 02/12/11 (f) |
| 341(a) Meeting Date: | 03/24/11 |
| Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. marital residence located at 3926 Wren Court, Roll | 296,000.00 | 0.00 | | 0.00 | FA |
| 2. Mobile Home lot located at W4945 County Road ES, U | 30,000.00 | 10,000.00 | | 10,000.00 | FA |
| 3. cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. checking account with Harris Bank | 1.00 | 0.00 | | 0.00 | FA |
| 5. 3 beds, 2 couches, 3 televisions, desktop computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401K with Cintas | 750.00 | 0.00 | | 0.00 | FA |
| 8. 1992 Canterbury Trailer on Wheels | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Toyota Camry | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Ford Econoline | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $352,651.00 | $10,000.00 | | $10,001.06 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 07/30/12

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-05369 -ERW | |
| Case Name: | ROGERS, GLENN R | |
| | ROGERS, CYNTHIA J | |
| Taxpayer ID No: | *******9939 | |
| For Period Ending: | 11/14/12 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9842 Checking Account |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,881.69 | | 9,881.69 |
| 09/19/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.09 | 8,131.60 |
| 09/19/12 | 030002 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 1.20 | 8,130.40 |
| 09/19/12 | 030003 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000010, Payment 100.00000% | 3110-000 | | 2,667.00 | 5,463.40 |
| 09/19/12 | 030004 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000011, Payment 100.00000% | 3120-000 | | 155.84 | 5,307.56 |
| 09/19/12 | 030005 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 13.24900% | 7100-000 | | 1,731.28 | 3,576.28 |
| 09/19/12 | 030006 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000002, Payment 13.24877% | 7100-000 | | 195.83 | 3,380.45 |
| 09/19/12 | 030007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 13.24742% | 7100-000 | | 16.55 | 3,363.90 |
| 09/19/12 | 030008 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000004, Payment 13.24904% | 7100-000 | | 1,210.96 | 2,152.94 |
| 09/19/12 | 030009 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000005, Payment 13.24896% | 7100-000 | | 476.94 | 1,676.00 |
| 09/19/12 | 030010 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000006, Payment 13.24903% | 7100-000 | | 1,103.30 | 572.70 |
| 09/19/12 | 030011 | Marathon Petroleum Co P O Box 81 Findlay, OH 45839 | Claim 000007, Payment 13.24930% | 7100-000 | | 74.31 | 498.39 |
| 09/19/12 | 030012 | American InfoSource LP as agent for Asset Acceptance as assignee of Fnb Omaha/Meadows Credit Union PO Box 248838 | Claim 000008, Payment 13.24897% | 7100-000 | | 419.42 | 78.97 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 11-05369  -ERW | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ROGERS, GLENN R | | Bank Name: | ASSOCIATED BANK |
| | ROGERS, CYNTHIA J | | Account Number / CD #: | *******9842  Checking Account |
| Taxpayer ID No: | *******9939 | | | |
| For Period Ending: | 11/14/12 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/12 | 030013 | Oklahoma City, OK 73124-8838 Walworth County Treasurer 100 W. Walworth P.O. Box 1001 Elkhorn, WI 53121 | Claim 000009, Payment 13.24933% | 4700-000 | | 78.97 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 11-05369 -ERW | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ROGERS, GLENN R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROGERS, CYNTHIA J | | Account Number / CD #: | *******5516  BofA - Money Market Account |
| Taxpayer ID No: | *******9939 | | | |
| For Period Ending: | 11/14/12 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | 2 | Cynthia J. Durham-Rogers | Sale of Scheduled Asset Wis | 1110-000 | 10,000.00 | | 10,000.00 |
| | | Glenn R. Rogers | | | | | |
| | | 1926 Wren Court | | | | | |
| | | Rolling Meadows, IL 60008 | | | | | |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.08 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.16 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.50 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,987.58 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.27 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,975.35 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,963.05 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,963.14 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.07 | 9,950.07 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,950.15 |
| 02/29/12 | 000301 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 7.96 | 9,942.19 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.83 | 9,930.36 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,930.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.21 | 9,918.23 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,918.31 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.60 | 9,905.71 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,905.79 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.59 | 9,893.20 |
| 06/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,893.28 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.76 | 9,881.52 |
| 07/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,881.61 |
| 08/31/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,881.69 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,881.69 | 0.00 |

**Total Of All Accounts      0.00**